CHARLES T. HOWARD et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 46851.)

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VALENTINE ANTONIO NEGRON, Appellant, v. PAUL C. AGNEW, as Director of Dannemora State Hospital, Respondent.—

Herlihy, P. J., Aulisi, Greenblott, Cooke and Sweeney, JJ., concur.

(December 16, 1970)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. BENNETT, JR., Petitioner, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Institution, Respondent.—

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.